```
                              United States Bankruptcy Court
                                   District of Puerto Rico
In re:                                                              Case No. 11-02533-SEK
   MILTON HERIBERTO CORTES   RESTO                                  Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3          User: rosadoc              Page 1 of 1              Date Rcvd: Apr 20, 2011
                              Form ID: pdf001            Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2011.
db           +MILTON HERIBERTO CORTES   RESTO,   PO BOX 317,   SABANA SECA STATION,   TOA BAJA, PR 00951-0317
smg           PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
               SAN JUAN, PR  00918
3189905       ASUME,   PO BOX 71316,   SAN JUAN, PR  00936-8416
3189906       AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO,   PO BOX 70101,   SAN JUAN, PR  00936-8101
3189907      +CENTENIAL DE PUERTO RICO,   PO BOX 71514,   SAN JUAN, PR 00936-8614
3189909       DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424 B,   SAN JUAN, PR  00902-4140
3189910      +DEPARTAMENTO DEL TRABAJO,   AVE. MUOZ RIVERA 505,   HATO REY, PR 00918-3352
3189911       DORAL BANK,   PO BOX 71528,   SAN JUAN, PR  00936-8628
3189912       FEDERAL LITIGATION DEPT OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
3189913      +MUNICIPIO DE TOA BAJA,   P.O. BOX 2359,   TOA BAJA, PR 00951-2359
3189914       WILNELIA AVILES ROSARIO,   RR3 BOX 8750-31,   TOA ALTA, PR  00953

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Apr 20 2011 18:46:57     US TRUSTEE,   EDIFICIO OCHOA,
               500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
cr            E-mail/PDF: gecsedi@recoverycorp.com Apr 20 2011 18:57:58
               GE MONEY BANK (JCPENNEY CREDIT SERVICES),   C/O RECOVERY MANAGEMENT SYSTEMS CORP,
               25 SE 2ND AVE, SUITE 1120,   MIAMI, FL  33131-1605
3189908       E-mail/Text: cfigueroa@crimpr.net Apr 20 2011 18:43:35     CRIM,   PO BOX 195387,
               SAN JUAN, PR  00919-5387
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg*          FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2011**                                    **Signature:** _Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MILTON HERIBERTO CORTES RESTO

XXX-XX-0871

CASE NO. 11-02533 SEK

Chapter 13

**FILED & ENTERED ON 04/20/2011**

Debtor(s)

## ORDER AND NOTICE OF CONTINUANCE OF THE AUTOMATIC STAY

We hereby grant Debtor's unopposed request for the continuance of the automatic stay under 11 U.S.C. Section 362 (c)(3) filed on 03/30/2011.

Wherefore, the provisions of the automatic stay as provided in 11 U.S.C. Section 362 shall be in full force and effect as to all creditors and parties in interest until further order of this Court.

SO ORDERED, in San Juan, Puerto Rico, this 20th day of April, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge

c: All creditors