**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

**In re:**

**MILTON HERIBERTO CORTES RESTO**  Case No. 11-02533-SEK

Chapter 13   Attorney Name: **MARILYN VALDES ORTEGA***

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [X] Substitute | Ada M. Henriquez | | |

Date & Time: 6/2/2011 9:37:00AM

[X] R   [ ] NR   LV: $0.00

[ ] This is debtor(s) 0 Bankruptcy filing.

Creditors:

None

**II. Oath Administered**
   [X] Yes       [ ] No

**III. Plan**

Date: 04/13/2011   Base: $22,650.00   Payments 2 made out of 2 due.

Confirmation Hearing Date:   6/24/2011 9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00 - $555.00 = $2,445.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**MILTON HERIBERTO CORTES RESTO**      Case No.   11-02533-SEK

Chapter 13     Attorney Name:   MARILYN VALDES ORTEGA*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |     [ ] State - years |
| [ ] Insuarence quote | [X] Federal - years 2010 |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |     [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |     [ ] Premises |
| |     [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [X] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1. Petition filed with the Court has a e/signature of March 28, 2011, the date in which the petiton was filed. The wet signature version of the petition that we examined, is not dated. We ask attorney to file a motion with the court explaining what appears to be an anomaly and to reveal what is the true date of the wet signature, so has to have a proper verification of the informatioin contained therein. 2. Debtor has to pay DSO. However, son is now with him and he has agreed with the child's mother not to pay support. He filed on May 26, 2011 a motion to have the DSO terminted. Until resolution thereon is enterd granting it, we can not recommend the plan. 3. Amend Schedule A to note the fact that property therein listed is held in community with his significant other lady by last name Negron Garcia.

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

**In re:**

**MILTON HERIBERTO CORTES RESTO**         **Case No.**   11-02533-SEK

                                          **Chapter 13**   **Attorney Name:**   **MARILYN VALDES ORTEGA***

| **s/Alejandro Oliveras** | **Date:** | 06/02/2011 |
|---|---|---|
| **Trustee/Presiding Officer** | | **(Rev. 02/11)** |